# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                                          Case No. 6:10–bk–04962–KSJ
                                                                Chapter 13

Migdalia Ramos
1642 Nightfall Drive
Clermont, FL 34711


_____     Debtor(s)          /


## ORDER ESTABLISHING
## DEADLINE FOR MAKING PAYMENTS


   The debtor in this case has filed a plan on April 8, 2010 , (Document No. 13 ).

   As directed in paragraph 6(c) of the Order Establishing Duties of Trustee and Debtor, and Confirmation Procedures, Ordering Debtor's Compliance, Allowing Administrative Expenses, and Ordering Adequate Protection Payments entered on March 30, 2010 , (Document No. 7 ), the debtor is hereby directed to make payments to the Chapter 13 standing trustee by cashier's check, money order, or wage deduction order. Debtor is reminded that all creditors must receive payment under the plan unless ordered otherwise.

   The first payment shall be made by May 14, 2010 and sent to Laurie Weatherford, Trustee, at Post Office Box 1103, Memphis, TN 38101–1103. All subsequent payments must be made by the 14th of each month. Upon any default in payment, the Chapter 13 trustee shall file a Motion to Dismiss due to non–payment with the Court and serve it on the debtor. The debtor shall have 21 days to be current on their payments. The Debtor's failure to make any payment by the due date may result in the dismissal of this case without any further hearing or notice other than the Motion to Dismiss.


   DONE AND ORDERED on April 19, 2010 .


_____
Karen S. Jennemann
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 21, 2010.
db          +Migdalia Ramos,   1642 Nightfall Drive,   Clermont, FL 34711-2762

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**                    **Signature:**    *Joseph Speetjens*